**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000437
22-AUG-2011
08:27 AM**

NO. CAAP-11-0000437

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARK D. PAROLIN, Claimant-Appellee,
v.
THE GREEK BISTRO, Employer-Appellant,
and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.,
Insurance Carrier-Appellant,
and
SPECIAL COMPENSATION FUND, Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2006-168(M))
(7-00-02831)

ORDER
(1) APPROVING STIPULATION FOR DISMISSAL OF APPEAL
and
(2) DENIED AS MOOT THE MOTION FOR
EXTENSION OF TIME TO FILE JURISDICTION STATEMENT
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of (1) the stipulation for dismissal

of appeal (Stipulation to Dismiss) filed by the parties to this

appeal and (2) the motion to extend time to file the

jurisdictional statement (Extension Motion) filed by Employer-

Appellant The Greek Bistro and Insurance Carrier-Appellant Hawaii

Employers' Mutual Insurance Company, Inc., the papers in support, and the records and files herein, it appears that the parties appearing in this appeal have agreed to dismissal of the appeal, with the parties to bear their own attorney's fees and costs, which, if approved with the appeal being dismissed, will render the Extension Motion moot.  Therefore,

IT IS HEREBY ORDERED that (1) the Stipulation to Dismiss is approved to the extent that it is ordered that the appeal is dismissed and that the parties shall bear their own attorney's fees and costs, and (2) the Extension Motion is therefore denied as moot.

DATED: Honolulu, Hawai'i,  August 22, 2011.


Chief Judge

Associate Judge

Associate Judge